IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:23-bk-00737 HWV |
| LANE ALLEN MAYS, II | : | |
| Debtor | : | CHAPTER 13 |

**MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF
CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST,
PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

AND NOW comes Debtor, Lane Allen Mays, II, by and through his attorney, Gary J. Imblum, and respectfully represents:

1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on April 2, 2023.

2. Debtor filed the bankruptcy as an emergency due to a pending utility shut off scheduled for April 3, 2023 and a sheriff sale of his residence scheduled for April 11, 2023.

3. Debtor's counsel has been unable to gather sufficient information necessary to file the schedules and plan due to the emergency filing.

4. Debtor's schedules are due to the Court on or before April 17, 2023.

5. It is estimated that Debtor's counsel will need an additional 30 days in order to file the bankruptcy schedules and plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order extending the deadline for Debtor to file bankruptcy schedules and plan until May 17, 2023.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

_____
Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com
Attorney for Debtor

Dated: April 17, 2023

# CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:

JACK ZAHAROPOULOS ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

        IMBLUM LAW OFFICES, P.C.

*Bernadette Davis*
**Bernadette A. Davis, Paralegal**
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

**Dated: April 17, 2023**

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:23-bk-00737 HWV
LANE ALLEN MAYS, II :
    Debtor : CHAPTER 13

# ORDER

Upon consideration of Debtor's Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,

**IT IS HEREBY ORDERED AND DECREED** that the deadline for filing the aforementioned pleadings in the above captioned case is extended through May 17, 2023.