United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lane Allen Mays, II  
    Debtor

Case No. 23-00737-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 03, 2023      Form ID: ntnew341      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lane Allen Mays, II, 105 South Locust Street, Myerstown, PA 17067-1243 |
| 5531959 | + | Countryside Fuel Service, LLC, 636 East Lincoln Avenue, Myerstown, PA 17067-2217 |
| 5531961 | + | Irvin Weiler Plumbing, Heating & AC, 213 East Carpenter Avenue, Myerstown, PA 17067-1313 |
| 5531963 | + | Lebanon County Tax Claim Bureau, Room 103, Municipal Building, 400 South 8th Street, Lebanon, PA 17042-6794 |
| 5531964 | | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5539040 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5538514 | + | Myerstown Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5531966 | + | Myerstown Borough, c/o Keystone Collections Group, PO Box 449, Irwin, PA 15642-0449 |
| 5531967 | + | Myerstown Borough, 101 South Railroad Street, Myerstown, PA 17067-1351 |
| 5531968 | + | Myerstown Water & Sewer, 601 Stracks Dam Road, Myerstown, PA 17067-2169 |
| 5531969 | | Myerstown Water Authority, 361 West Washington Avenue, Myerstown, PA 17067 |
| 5531971 | | Schaefferstown Family Practice, 216 PA-501, Myerstown, PA 17067 |
| 5531972 | + | TNT Sanitation, PO Box 266, Myerstown, PA 17067-0266 |
| 5533456 | + | UGI Utilities, Inc., PO Box 13007, Reading, PA 19612-3007 |
| 5531974 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5532617 | + | Email/Text: ebnnotifications@creditacceptance.com | May 03 2023 18:41:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5531960 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 18:50:25 | Credit One Bank, N.A., c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5531957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5531962 | ^ | MEBN | May 03 2023 18:37:12 | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5533062 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 18:50:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531964 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 03 2023 18:41:00 | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5539040 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 03 2023 18:41:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5531965 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 03 2023 18:50:24 | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5531958 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 18:41:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5531970 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 18:41:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5531973 | | Email/Text: bkrcy@ugi.com | May 03 2023 18:41:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5533457 | | Email/Text: bkrcy@ugi.com | May 03 2023 18:41:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Gary J Imblum | on behalf of Debtor 1 Lane Allen Mays II gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lane Allen Mays II,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00737−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: May 25, 2023<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 3, 2023 |

ntnew341 (04/18)