**E G Stoltzfus Construction LLC**
474 Mount Sidney Rd
Lancaster, PA 17602

Direct Deposit Advice

**paylocity**

**Check Date**
March 24, 2023

**Voucher Number**
3188

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| NORTHWESTC SAVINGS BA | ***3009 | 2,276.77 |
| **Total Direct Deposits** | | **2,276.77** |

130068   601-300-100   3940 3188 2719            130068
**LANE A MAYS**
105 S. Locust St
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

### E G Stoltzfus Construction LLC

**LANE A MAYS**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 3940 | Fed Taxable Income | 2,828.67 | Check Date | March 24, 2023 |
| Location | 601-300-100 | Fed Filing Status | M | Period Beginning | March 5, 2023 |
| Salary | $3,042.31 | State Filing Status | M-0 | Period Ending | March 18, 2023 |

| Voucher Number | 3188 |
|---|---|
| Net Pay | 2,276.77 |
| Total Hours Worked | 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Flex Day | 38.03 | 8.00 | 304.23 | 608.46 |
| Holiday | | | | 608.46 |
| Profit Sha | | | | 2,531.00 |
| Regular | 38.03 | 72.00 | 2,738.09 | 17,036.95 |
| **Gross Earnings** | | **80.00** | **3,042.32** | **20,784.87** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 194.67 | 1,713.70 |
| MED | | | 41.90 | 288.10 |
| PA | | | 88.71 | 609.96 |
| PA-360301 | | | 28.90 | 198.71 |
| PA-EA3N | | | 2.00 | 12.00 |
| PASUI-E | | | 2.13 | 14.55 |
| SS | | | 179.15 | 1,231.82 |
| **Taxes** | | | **537.46** | **4,068.84** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 60.85 | 415.72 |
| Dental - EE + Child | 28.02 | 168.12 |
| HSA | 20.00 | 120.00 |
| Long Term Disability | 14.44 | 86.64 |
| Medical 1 - EE + Child | 99.77 | 598.62 |
| Vision - EE + Child | 5.01 | 30.06 |
| **Deductions** | **228.09** | **1,419.16** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| NORTHWEST SAVINGS BANK | C    ***3009 | 2,276.77 |
| **Total Direct Deposits** | | **2,276.77** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 11.00 | 16.00 |
| Vacation | 90.00 | 0.00 |

# E G Stoltzfus Construction LLC
474 Mount Sidney Rd
Lancaster, PA 17602

Direct Deposit Advice

**Check Date** March 10, 2023

**Voucher Number** 3137

paylocity

| | Direct Deposits Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | NORTHWEST C SAVINGS BA | ***3009 | 1,022.76 |
| | **Total Direct Deposits** | | **1,022.76** |

130068  601-300-100  3940 3137 2675  130068
LANE A MAYS
105 S. Locust St
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

### E G Stoltzfus Construction LLC

**LANE A MAYS**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 3940 | Fed Taxable Income | 1,550.36 | Check Date  March 10, 2023 |
| Location | 601-300-100 | Fed Filing Status | M | Period Beginning  February 19, 2023 |
| Salary | $3,042.31 | State Filing Status | M-0 | Period Ending  March 4, 2023 |

| | | |
|---|---|---|
| Voucher Number | 3137 |
| Net Pay | 1,022.76 |
| Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Flex Day | | | | 304.23 |
| Holiday | | | | 608.46 |
| Profit Sha | | 0.00 | 1,582.00 | 2,531.00 |
| Regular | | | | 14,298.86 |
| **Gross Earnings** | | **0.00** | **1,582.00** | **17,742.55** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 341.08 | 1,519.03 |
| MED | 22.94 | 246.20 |
| PA | 48.57 | 521.25 |
| PA-360301 | 15.82 | 169.81 |
| PA-EA3N | 0.00 | 10.00 |
| PASUI-E | 1.11 | 12.42 |
| SS | 98.08 | 1,052.67 |
| **Taxes** | **527.60** | **3,531.38** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 31.64 | 354.87 |
| Dental - EE + Child | | 140.10 |
| HSA | | 100.00 |
| Long Term Disability | | 72.20 |
| Medical 1 - EE + Child | | 498.85 |
| Vision - EE + Child | | 25.05 |
| **Deductions** | **31.64** | **1,191.07** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWEST SAVINGS BANK | C | ***3009 | 1,022.76 |
| **Total Direct Deposits** | | | **1,022.76** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 19.00 | 8.00 |
| Vacation | 90.00 | 0.00 |

**E G Stoltzfus Construction LLC**
474 Mount Sidney Rd
Lancaster, PA 17602

Direct Deposit Advice

**paylocity**

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | March 10, 2023 | 3136 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits Type | Account | Amount |
|---|---|---|
| NORTHWESTC SAVINGS BA | ***3009 | 2,276.76 |
| **Total Direct Deposits** | | **2,276.76** |

130068   601-300-100   3940 3136 2674        130068
**LANE A MAYS**
105 S. Locust St
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

### E G Stoltzfus Construction LLC

**LANE A MAYS**

**Earnings Statement**

| Employee ID | 3940 | Fed Taxable Income | 2,828.66 | Check Date | March 10, 2023 | Voucher Number | 3136 |
| Location | 601-300-100 | Fed Filing Status | M | Period Beginning | February 19, 2023 | Net Pay | 2,276.76 |
| Salary | $3,042.31 | State Filing Status | M-0 | Period Ending | March 4, 2023 | Total Hours Worked | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Flex Day | | | | 304.23 |
| Holiday | | | | 608.46 |
| Profit Sha | | | | 2,531.00 |
| Regular | 38.03 | 80.00 | 3,042.31 | 14,298.86 |
| **Gross Earnings** | | **80.00** | **3,042.31** | **17,742.55** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 194.67 | 1,519.03 |
| MED | | | 41.90 | 246.20 |
| PA | | | 88.71 | 521.25 |
| PA-360301 | | | 28.90 | 169.81 |
| PA-EA3N | | | 2.00 | 10.00 |
| PASUI-E | | | 2.13 | 12.42 |
| SS | | | 179.15 | 1,052.67 |
| **Taxes** | | | **537.46** | **3,531.38** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 60.85 | 354.87 |
| Dental - EE + Child | 28.02 | 140.10 |
| HSA | 20.00 | 100.00 |
| Long Term Disability | 14.44 | 72.20 |
| Medical 1 - EE + Child | 99.77 | 498.85 |
| Vision - EE + Child | 5.01 | 25.05 |
| **Deductions** | **228.09** | **1,191.07** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| NORTHWEST SAVINGS BANK | C    ***3009 | 2,276.76 |
| **Total Direct Deposits** | | **2,276.76** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 19.00 | 8.00 |
| Vacation | 90.00 | 0.00 |

E G Stoltzfus Construction LLC  
474 Mount Sidney Rd  
Lancaster, PA 17602

Direct Deposit Advice

paylocity

**Check Date** February 24, 2023  
**Voucher Number** 3065

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWESTC SAVINGS BA | | ***3009 | 613.54 |
| Total Direct Deposits | | | 613.54 |

130068  601-300-100  3940 3065 2612      130068  
LANE A MAYS  
105 S. Locust St  
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

### E G Stoltzfus Construction LLC

**LANE A MAYS**  

**Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | 3940 | Fed Taxable Income | 930.02 |
| Location | 601-300-100 | Fed Filing Status | M |
| Salary | $3,042.31 | State Filing Status | M-0 |

| | |
|---|---|
| Check Date | February 24, 2023 |
| Period Beginning | February 5, 2023 |
| Period Ending | February 18, 2023 |

| | |
|---|---|
| Voucher Number | 3065 |
| Net Pay | 613.54 |
| Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Flex Day | | | | 304.23 |
| Holiday | | | | 608.46 |
| Profit Sha | | 0.00 | 949.00 | 949.00 |
| Regular | | | | 11,256.55 |
| **Gross Earnings** | | 0.00 | 949.00 | 13,118.24 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 204.60 | 983.28 |
| MED | 13.76 | 181.36 |
| PA | 29.13 | 383.97 |
| PA-360301 | 9.49 | 125.09 |
| PA-EA3N | 0.00 | 8.00 |
| PASUI-E | 0.66 | 9.18 |
| SS | 58.84 | 775.44 |
| **Taxes** | 316.48 | 2,466.32 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 18.98 | 262.38 |
| Dental - EE + Child | | 112.08 |
| HSA | | 80.00 |
| Long Term Disability | | 57.76 |
| Medical 1 - EE + Child | | 399.08 |
| Vision - EE + Child | | 20.04 |
| **Deductions** | 18.98 | 931.34 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWEST SAVINGS BANK | C | ***3009 | 613.54 |
| **Total Direct Deposits** | | | 613.54 |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 19.00 | 8.00 |
| Vacation | 90.00 | 0.00 |

# E G Stoltzfus Construction LLC
474 Mount Sidney Rd
Lancaster, PA 17602

**Direct Deposit Advice**

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | February 24, 2023 | 3064 |

**DIRECT DEPOSIT VOUCHER**

| Direct Deposits Type | Account | Amount |
|---|---|---|
| NORTHWESTC SAVINGS BA | ***3009 | 2,276.76 |
| **Total Direct Deposits** | | **2,276.76** |

130068   601-300-100   3940 3064 2611      130068
LANE A MAYS
105 S. Locust St
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

## E G Stoltzfus Construction LLC

**LANE A MAYS**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 3940 | Fed Taxable Income | 2,828.66 | Check Date | February 24, 2023 | Voucher Number 3064 |
| Location | 601-300-100 | Fed Filing Status | M | Period Beginning | February 5, 2023 | Net Pay 2,276.76 |
| Salary | $3,042.31 | State Filing Status | M-0 | Period Ending | February 18, 2023 | Total Hours Worked 72.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Flex Day | 38.03 | 8.00 | 304.23 | 304.23 |
| Holiday | | | | 608.46 |
| Profit Sha | | | | 949.00 |
| Regular | 38.03 | 72.00 | 2,738.08 | 11,256.55 |
| **Gross Earnings** | | **80.00** | **3,042.31** | **13,118.24** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 194.67 | 983.28 |
| MED | 41.90 | 181.36 |
| PA | 88.71 | 383.97 |
| PA-360301 | 28.90 | 125.09 |
| PA-EA3N | 2.00 | 8.00 |
| PASUI-E | 2.13 | 9.18 |
| SS | 179.15 | 775.44 |
| **Taxes** | **537.46** | **2,466.32** |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 60.85 | 262.38 |
| Dental - EE + Child | 28.02 | 112.08 |
| HSA | 20.00 | 80.00 |
| Long Term Disability | 14.44 | 57.76 |
| Medical 1 - EE + Child | 99.77 | 399.08 |
| Vision - EE + Child | 5.01 | 20.04 |
| **Deductions** | **228.09** | **931.34** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWEST SAVINGS BANK | C | ***3009 | 2,276.76 |
| **Total Direct Deposits** | | | **2,276.76** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 19.00 | 8.00 |
| Vacation | 90.00 | 0.00 |

E G Stoltzfus Construction LLC  
474 Mount Sidney Rd  
Lancaster, PA 17602

Direct Deposit Advice

**Check Date**  
February 10, 2023

**Voucher Number**  
2996

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWEST SAVINGS BA | C | ***3009 | 2,276.76 |
| **Total Direct Deposits** | | | **2,276.76** |

130068   601-300-100   3940 2996 2551     130068  
**LANE A MAYS**  
105 S. Locust St  
Myerstown, PA  17067

## Non Negotiable - This is not a check - Non Negotiable

### E G Stoltzfus Construction LLC

**LANE A MAYS**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 3940 | Fed Taxable Income | 2,828.66 | Check Date | February 10, 2023 |
| Location | 601-300-100 | Fed Filing Status | M | Period Beginning | January 22, 2023 |
| Salary | $3,042.31 | State Filing Status | M-0 | Period Ending | February 4, 2023 |

| | | |
|---|---|---|
| Voucher Number | | 2996 |
| Net Pay | | 2,276.76 |
| Total Hours Worked | | 80.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | | | | 608.46 |
| Regular | 38.03 | 80.00 | 3,042.31 | 8,518.47 |
| **Gross Earnings** | | 80.00 | 3,042.31 | 9,126.93 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 194.67 | 584.01 |
| MED | 41.90 | 125.70 |
| PA | 88.71 | 266.13 |
| PA-360301 | 28.90 | 86.70 |
| PA-EA3N | 2.00 | 6.00 |
| PASUI-E | 2.13 | 6.39 |
| SS | 179.15 | 537.45 |
| **Taxes** | 537.46 | 1,612.38 |

| Deductions | Amount | YTD |
|---|---|---|
| 401k | 60.85 | 182.55 |
| Dental - EE + Child | 28.02 | 84.06 |
| HSA | 20.00 | 60.00 |
| Long Term Disability | 14.44 | 43.32 |
| Medical 1 - EE + Child | 99.77 | 299.31 |
| Vision - EE + Child | 5.01 | 15.03 |
| **Deductions** | 228.09 | 684.27 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NORTHWEST SAVINGS BANK | C | ***3009 | 2,276.76 |
| **Total Direct Deposits** | | | **2,276.76** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Flex Days | 27.00 | 0.00 |
| Vacation | 90.00 | 0.00 |