In re:                                                                                          Case No. 23-00737-HWV

Lane Allen Mays, II                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: ntcnfhrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lane Allen Mays, II, 105 South Locust Street, Myerstown, PA 17067-1243 |
| 5531959 | + | Countryside Fuel Service, LLC, 636 East Lincoln Avenue, Myerstown, PA 17067-2217 |
| 5531961 | + | Irvin Weiler Plumbing, Heating & AC, 213 East Carpenter Avenue, Myerstown, PA 17067-1313 |
| 5550982 | + | Keystone Collections, PO Box 529, Irwin, PA 15642-0529 |
| 5531963 | + | Lebanon County Tax Claim Bureau, Room 103, Municipal Building, 400 South 8th Street, Lebanon, PA 17042-6794 |
| 5531966 | + | Myerstown Borough, c/o Keystone Collections Group, PO Box 449, Irwin, PA 15642-0449 |
| 5538514 | + | Myerstown Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5531967 | + | Myerstown Borough, 101 South Railroad Street, Myerstown, PA 17067-1351 |
| 5531968 | + | Myerstown Water & Sewer, 601 Stracks Dam Road, Myerstown, PA 17067-2169 |
| 5531969 | | Myerstown Water Authority, 361 West Washington Avenue, Myerstown, PA 17067 |
| 5550983 | + | Nancy Mays, 105 South Locust Street, Myerstown, PA 17067-1243 |
| 5550984 | + | Philip M. Giurintano Appraisals, LLC, 703 South 14th Street, Lebanon, PA 17042-6514 |
| 5531971 | | Schaefferstown Family Practice, 216 Route 501 N., Schaefferstown, PA 17088 |
| 5531972 | + | TNT Sanitation, PO Box 266, Myerstown, PA 17067-0266 |
| 5533456 | + | UGI Utilities, Inc., PO Box 13007, Reading, PA 19612-3007 |
| 5531974 | + | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5532617 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 21 2023 18:52:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5531960 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 18:55:02 | Credit One Bank, N.A., c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5531957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 21 2023 18:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5531962 | ^ | MEBN | Jul 21 2023 18:47:17 | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5533062 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 18:55:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531964 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 21 2023 18:52:00 | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5539040 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 21 2023 18:52:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5542681 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 21 2023 18:55:53 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5531965 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 21 2023 19:06:33 | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma |

| | | | | |
|---|---|---|---|---|
| | | | | City, OK 73126-0648 |
| 5531958 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 21 2023 18:52:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5531970 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jul 21 2023 18:52:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5531973 | | Email/Text: bkrcy@ugi.com | | |
| | | | Jul 21 2023 18:52:00 | UGI, PO Box 13009, Reading, PA 19612 |
| 5533457 | | Email/Text: bkrcy@ugi.com | | |
| | | | Jul 21 2023 18:52:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | |
| | on behalf of Debtor 1 Lane Allen Mays  II gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lane Allen Mays II,                          Chapter       13

**Debtor 1**

Case No.        1:23−bk−00737−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 30, 2023 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 21, 2023 |

ntcnfhrg (08/21)