IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :
LANE ALLEN MAYS II               :    CASE NO. 1:23-bk-00737-HWV
         Debtor                  :    CHAPTER 13

<u>**ORDER OF COURT**
**PERMITTING FIRST APPLICATION OF ATTORNEY FOR CHAPTER**
**13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**</u>

Upon consideration of the First Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $8,259.00 for fees and $614.04 for costs, less client payment of $1,827.00, for a net amount due of $7,046.04 for the time period of March 23, 2023 through October 31, 2023.