# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lane Allen Mays II<br>　　　　　Debtor<br><br>MIDFIRST BANK, its successors and/or assignees<br>　　　　　Movant<br>　　vs.<br><br>Lane Allen Mays II<br>　　　　　Debtor<br><br>Jack N. Zaharopoulos<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-00737 HWV |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about November 3, 2023.

Dated: January 22, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Denise Carlon
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com