# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:23-bk-00737 HWV |
|---|---|
| LANE ALLEN MAYS II | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/25/2024, I did cause a copy of the following documents, described below,

Order Confirming 2nd Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/25/2024

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:23-bk-00737 HWV |
|---|---|
| LANE ALLEN MAYS II | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 |

On 1/25/2024, a copy of the following documents, described below,

Order Confirming 2nd Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lane Allen Mays II,   Chapter   13

**Debtor 1**

Case No.   1:23−bk−00737−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 18, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  January 24, 2024

orcnfpln(05/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 123-BK-00737 HWV
MIDDLE DISTRICT OF PENNSYLVANIA
THU JAN 25 8-58-49 PST 2024

~~(U)MIDFIRST BANK~~

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102 1104~~

COUNTRYSIDE FUEL SERVICE LLC
636 EAST LINCOLN AVENUE
MYERSTOWN PA 17067-2217

CREDIT ACCEPTANCE
25505 W TWELVE MILE RD
SUITE 3000
SOUTHFIELD MI 48034-8331

CREDIT ONE BANK NA
CO RESURGENT CAPITAL SERVICES
PO BOX 10497
GREENVILLE SC 29603-0497

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRVIN WEILER PLUMBING HEATING AC
213 EAST CARPENTER AVENUE
MYERSTOWN PA 17067-1313

KML LAW GROUP PC
MELLON INDEPENDENCE CENTER
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-1541

KEYSTONE COLLECTIONS
PO BOX 529
IRWIN PA 15642-0529

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LEBANON COUNTY TAX CLAIM BUREAU
ROOM 103 MUNICIPAL BUILDING
400 SOUTH 8TH STREET
LEBANON PA 17042-6794

MET ED
PO BOX 3687
AKRON OH 44309-3687

METROPOLITAN EDISON COMPANY
101 CRAWFORDS CORNER ROAD
BUILDING 1 SUITE 1-511
HOLMDEL NJ 07733-1976

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

MIDLAND MORTGAGE COMPANY
ATTN CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY OK 73126-0648

MYERSTOWN BOROUGH
101 SOUTH RAILROAD STREET
MYERSTOWN PA 17067-1351

MYERSTOWN BOROUGH
CO KEYSTONE COLLECTIONS GROUP
546 WENDEL ROAD
IRWIN PA 15642-7539

MYERSTOWN BOROUGH
CO KEYSTONE COLLECTIONS GROUP
PO BOX 449
IRWIN PA 15642-0449

MYERSTOWN WATER SEWER
601 STRACKS DAM ROAD
MYERSTOWN PA 17067-2169

MYERSTOWN WATER AUTHORITY
361 WEST WASHINGTON AVENUE
MYERSTOWN PA 17067

NANCY MAYS
105 SOUTH LOCUST STREET
MYERSTOWN PA 17067-1243

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280946
HARRISBURG PA 17128-0946

PHILIP M GIURINTANO APPRAISALS LLC
703 SOUTH 14TH STREET
LEBANON PA 17042-6514

SCHAEFFERSTOWN FAMILY PRACTICE
216 ROUTE 501 N
SCHAEFFERSTOWN PA 17088

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
TNT SANITATION                  (P)UGI UTILITIES INC            UGI UTILITIES  INC
PO BOX 266                      ATTN CREDIT  COLLECTIONS        PO BOX 13007
MYERSTOWN  PA 17067-0266        P O BOX 13009                   READING   PA 19612-3007
                                READING PA 19612-3009


EXCLUDE                                                         EXCLUDE
(D)(P)UGI UTILITIES INC         WELLSPAN HEALTH                 GARY J IMBLUM
ATTN CREDIT  COLLECTIONS        PO BOX 645734                   IMBLUM LAW OFFICES  PC
P O BOX 13009                   CINCINNATI  OH 45264-5734       4615 DERRY STREET
READING PA 19612-3009                                           HARRISBURG  PA 17111-2660


                                DEBTOR
(P)JACK N  ZAHAROPOULOS         LANE ALLEN MAYS II
ATTN CHAPTER 13 TRUSTEE         105 SOUTH LOCUST STREET
8125 ADAMS DRIVE SUITE A        MYERSTOWN  PA 17067-1243
HUMMELSTOWN PA 17036-8625
```