IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
LANE ALLEN MAYS II : CASE NO. 1:23-bk-00737-HWV
    Debtor : CHAPTER 13
  :
LANE ALLEN MAYS II :
    Movant :
  :
v. :
  :
NANCY JEAN MAYS :
    Respondent :

## CERTIFICATE OF CONCURRENCE

I, Nancy Jean Mays, hereby concur and agree that the Court may enter an Order granting relief from the automatic stay so that parties may pursue their claims for divorce, equitable distribution, alimony pendente lite, attorney fees, costs and expenses in the divorce action filed in the Court of Common Pleas of Lehigh County, Pennsylvania to No. 2025-FC-0203.

Dated: 5-12-2025

_Nancy Jean Mays_
Nancy Jean Mays